AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hayden, Katharine S. | 2. Court or Organization<br><br>US District Court - DNJ | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>United States District Court<br>Frank R. Lautenberg Post Office & Courthouse Bldg<br>Newark, New Jersey 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Seton Hall University School of Law |
| 2. Board of Directors | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hayden, Katharine S.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Seton Hall University School of Law, Adjunct Professor - Spring Term | $6,000.00 |
| 2. 2010 | Seton Hall University School of Law, Adjunct Professor - Fall Term | $6,000.00 |
| 3. | . | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Partner, Law Firm - ▒▒▒▒▒▒▒▒▒▒▒ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Workshop for District Judges | 5/19/10 to 5/21/10 | Washington, DC | Workshop | Hotel, Transportation |
| 2. | Committee on Defender Services | 10/21/10 to 10/22/10 | Washington, DC | Committee Meeting | Hotel, Transportation |
| 3. | Committee on Defender Services | 12/7/10 to 12/10/10 | Naples, Florida | Committee Meeting | Hotel, Transportation, Meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. - Arbor Realty Trust Inc. Common Stock | | None | J | T | | | | | |
| 3. - Consolidated Edison Inc. Common Stock | A | Dividend | J | T | | | | | |
| 4. - Duke Energy Corp. (Holding Company) Common Stock | A | Dividend | J | T | | | | | |
| 5. - Encana Corp-Cad Common Stock | A | Dividend | J | T | | | | | |
| 6. - Enterprise Prods Partners LP Common Stock | B | Distribution | K | T | | | | | |
| 7. - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 8. - JP Morgan Chase & Co. Common Stock | A | Dividend | K | T | | | | | |
| 9. - Kimberly Clark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 10. - Newell Rubbermaid Inc. Common Stock | A | Dividend | | | Sold | 11/04/10 | J | | |
| 11. - Nokia Corp. Sponsored ADR Common Stock | A | Dividend | J | T | Buy (add'l) | 06/11/10 | J | | |
| 12. - Pentair Inc. Common Stock | A | Dividend | J | T | | | | | |
| 13. - Pfizer Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 01/26/10 | J | | |
| 14. - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | K | T | | | | | |
| 15. - Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |
| 16. - Altria Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 17. - Aqua America Inc. Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - AT&T Inc. Common Stock | B | Dividend | K | T | | | | | |
| 19.  - Chesapeake Energy Corp. Common Stock | A | Dividend | K | T | Buy (add'l) | 11/09/10 | J | | |
| 20.  - Honeywell Intl Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 03/12/10 | J | | |
| 21.  - Microsoft Corp Common Stock | A | Dividend | J | T | | | | | |
| 22.  - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | | | | | |
| 23.  -Procter & Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 24.  - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 25.  -Citibank NA South Dakota Bank Deposit Program | A | Interest | L | T | | | | | See Note in Part VIII |
| 26.  -CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 27.  -Foster Wheeler AG Common Stock | | None | | | Sold (part) | 05/13/10 | J | A | |
| 28. | | | | | Sold | 05/18/10 | J | | |
| 29.  -L-1 Identity Solutions Inc. Common Stock | | None | | | Sold | 09/24/10 | J | | |
| 30.  - Transocean Ltd Switzerland Common Stock | | None | J | T | | | | | |
| 31.  - Seaspan Corp Common Stock | A | Dividend | J | T | Buy (add'l) | 05/13/10 | J | | |
| 32. | | | | | Buy (add'l) | 11/04/10 | J | | |
| 33. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 34.  - Align Technology Inc Common Stock | | None | | | Sold | 01/26/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Darling Intl Inc Common Stock | | None | | | Sold | 02/11/10 | J | | |
| 36. - Energy Transfer Partners LP Common Stock | B | Distribution | K | T | | | | | |
| 37. - Aercap Holdings NV Common Stock | | None | J | T | | | | | See Note in Part VIII |
| 38. - Home Depot Inc Common Stock | A | Dividend | J | T | Sold (part) | 11/12/10 | J | | |
| 39. - Layne Christensen Co Common Stock | | None | J | T | | | | | |
| 40. - Lowes Companies Inc Common Stock | A | Dividend | J | T | | | | | |
| 41. - McDonalds Corp Common Stock | A | Dividend | K | T | | | | | |
| 42. - Wells Fargo & Co Common Stock | A | Dividend | J | T | | | | | |
| 43. - BP PLC Spons ADR Common Stock | A | Dividend | | | Buy (add'l) | 03/12/10 | J | | |
| 44. | | | | | Sold | 06/07/10 | J | | |
| 45. - Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | | | | | |
| 46. - Conagra Foods Inc. Common Stock | A | Dividend | J | T | | | | | |
| 47. - Deere & Co. Common Stock | A | Dividend | J | T | | | | | |
| 48. - El Paso Corp. Common Stock | A | Dividend | J | T | | | | | |
| 49. - General Electric Co. Common Stock | A | Dividend | J | T | Buy (add'l) | 12/08/10 | J | | |
| 50. - H J Heinz Co. Common Stock | A | Dividend | K | T | | | | | |
| 51. - Hewlett Packard Co. Common Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Kellogg Co. Common Stock | A | Dividend | J | T | Buy (add'l) | 08/18/10 | J | | |
| 53. - Kraft Foods Inc. Class A Common Stock | A | Dividend | J | T | | | | | |
| 54. - Marathon Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 55. - National Oilwell Varco Inc. Common Stock | A | Dividend | J | T | | | | | |
| 56. - Nustar Energy LP Common Stock | B | Distribution | K | T | | | | | |
| 57. - Otter Tail Corp. Common Stock | A | Dividend | J | T | | | | | |
| 58. - Parker-Hannifin Corp. Common Stock | A | Dividend | K | T | | | | | |
| 59. - Philip Morris Intl Inc. Common Stock | A | Dividend | K | T | | | | | |
| 60. - Quanta Services Inc. Common Stock | | None | J | T | | | | | |
| 61. - Raytheon Company Common Stock | A | Dividend | J | T | | | | | |
| 62. - Hudson County NJ Impt Auth Municipal Bond | C | Interest | | | Matured | 10/01/10 | K | | |
| 63. - Cenovus Energy Inc. Common Stock | A | Dividend | K | T | | | | | |
| 64. - General Cable Corp Comon Stock | | None | J | T | Buy (add'l) | 03/02/10 | J | | |
| 65. - Louisiana Pacific Corp Common Stock | | None | J | T | Buy (add'l) | 05/18/10 | J | | |
| 66. - Unilever NY NY Shs Common Stock | A | Dividend | J | T | Buy (add'l) | 05/13/10 | J | | |
| 67. - Florida Citizens Ppty Ins Corp Sr Sec Municipal Bond | A | Interest | K | T | | | | | |
| 68. - NJ Edu Facs Auth Rev Rfndg Bonds - Uni of Med/Den of NJ | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - New Jersey ST Edl Facs Auth Rev Refdg - Kean Univ Bond | A | Interest | K | T | | | | | |
| 70. - California St Var Purp Genl Oblig Municipal Bond | B | Interest | K | T | | | | | |
| 71. - AXT Inc. Common Stock | | | J | T | Buy | 11/04/10 | J | | |
| 72. | | | | | Buy (add'l) | 11/09/10 | J | | |
| 73. - The Babcock & Wilcox Company Common Stock | | None | J | T | Spinoff (from line 77) | 05/13/10 | J | | See Note in Part VIII |
| 74. | | | | | Sold (part) | 08/02/10 | J | | See Note in Part VIII |
| 75. - Boeing Co. Common Stock | | None | K | T | Buy | 11/12/10 | J | | |
| 76. | | | | | Buy (add'l) | 12/08/10 | J | | |
| 77. - McDermott Internantional Inc. Common Stock | | None | J | T | Buy | 05/13/10 | J | | |
| 78. | | | | | Buy (add'l) | 12/08/10 | J | | |
| 79. - New York Community Bancorp Common Stock | A | Dividend | J | T | Buy | 02/04/10 | J | | |
| 80. - Public Service Enterprise Grp Common Stock | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 81. - Total S.A Spons ADR Common Stock | A | Dividend | J | T | Buy | 10/13/10 | K | | |
| 82. - Tupperware Corp. Common Stock | A | Dividend | J | T | Buy | 01/26/10 | J | | |
| 83. - Vodafone Group PLC Spons ADR New Common Stock | | None | J | T | Buy | 10/13/10 | J | | |
| 84. - Whirlpool Corp Common Stock | | None | J | T | Buy | 12/23/10 | J | | |
| 85. - Casino Reinvestment Dev Auth NJ Bond | A | Interest | K | T | Buy | 03/02/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 86. | - NJ Higher Ed Assistant Auth Bond | B | Interest | K | T | Buy | 01/14/10 | K | | |
| 87. | - Western Asset Municipal Money Market Fund | A | Interest | | | | | | | See Note in Part VIII |
| 88. | BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 89. | - Fidelity Investments Money Market Account | A | Dividend | J | T | | | | | |
| 90. | - Western Assset Municipal Money Market | B | Interest | N | T | | | | | |
| 91. | BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 92. | - Citibank NA Bank Deposit | A | Interest | J | T | | | | | |
| 93. | IRA/401K ACCOUNTS | | | | | | | | | |
| 94. | - IRA Franklin Templeton Mutual Shares Fund Class A | C | Dividend | | | Redeemed | 11/30/10 | L | | |
| 95. | - IRA Smith Barney Money Funds Inc. Class A | A | Interest | J | T | | | | | |
| 96. | - IRA Smith Barney Money Funds Class A | C | Interest | M | T | | | | | |
| 97. | - Guardian Whole Life | E | Dividend | | | Redeemed | 11/30/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hayden, Katharine S. | 05/15/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII-Line 25 - Citibank NA South Dakota Bank Deposit Program is a sweep money market bank account

Part VII-Line 37 - Due to a merger on 3/25/2010, shareholder's shares of Genesis Lease Ltd ADR were exchange for an equal number of shares of Aercap Holdings N.V.

Part VII-Lines 73 and 74 - Due to a spinoff on 8/5/2010, shareholder was credited [ ] shares of The Babcock & Wilcox Company based on shareholder's holdings of [ ] shares of McDermott International Inc.; sale in Column D of Line 72 represents cash in lue of fractional shares resulting from spinoff

Part VII-Line 87 - Western Asset Municipal Money Market Fund is a sweep money market bank account which had zero value at the end of the reporting period

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/15/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katharine S. Hayden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Hayden, Katharine S. | 2. Court or Organization<br><br>US District Court - DNJ | 3. Date of Report<br><br>06/9/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States District Court<br>USPO & Courthouse Building<br>Newark, New Jersey 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Seton Hall University School of Law |
| 2. Board of Directors | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Hayden, Katharine S. A**

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 06/9/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Seton Hall University School of Law, Adjunct Professor - Spring Term | $6,000.00 |
| 2. 2009 | Seton Hall University School of Law, Adjunct Professor - Fall Term | $4,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Partner, Law Firm ▨▨▨▨▨▨▨▨▨▨▨ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 06/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2. | - Alcoa Inc. Common Stock | A | Dividend | | | Sold | 08/26/09 | J | | |
| 3. | - Arbor Realty Trust Inc. Common Stock (Y) | | | | | | | | | |
| 4. | - Consolidated Edison Inc. Common Stock | A | Dividend | J | T | | | | | |
| 5. | - Duke Energy Corp. (Holding Company) Common Stock | A | Dividend | J | T | | | | | |
| 6. | - Encana Corp-Cad Common Stock | A | Dividend | K | T | | | | | |
| 7. | - Enterprise Prods Partners LP Common Stock | B | Distribution | K | T | | | | | |
| 8. | - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 9. | - JP Morgan Chase & Co. Common Stock | A | Dividend | K | T | Buy (add'l) | 01/22/09 | J | | |
| 10. | - Kimberly Clark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 11. | - Newell Rubbermaid Inc. Common Stock | A | Dividend | J | T | | | | | |
| 12. | - Nokia Corp. Sponsored ADR Common Stock | A | Dividend | J | T | | | | | |
| 13. | - Pentair Inc. Common Stock | A | Dividend | J | T | | | | | |
| 14. | - Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 15. | - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | J | T | | | | | |
| 16. | - Walt Disney Co. Common Stock | A | Dividend | J | T | | | | | |
| 17. | - Altria Group Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 06/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Aqua America Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 10/13/09 | J | | |
| 19. - AT&T Inc. Common Stock | B | Dividend | K | T | | | | | |
| 20. - Chesapeake Energy Corp. Common Stock | A | Dividend | K | T | | | | | |
| 21. - Honeywell Intl Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 06/04/09 | J | | |
| 22. - Microsoft Corp Common Stock | A | Dividend | J | T | | | | | |
| 23. - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | | | | | |
| 24. -Procter & Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 25. - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 26. -American Intl Group Inc. Common Stock (Y) | | | | | | | | | See note in Part VIII |
| 27. -Citibank NA South Dakota Bank Deposit Program | A | Interest | K | T | | | | | See Note in Part VIII |
| 28. -CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 29. -Foster Wheeler AG Common Stock | | None | K | T | | | | | See Note in Part VIII |
| 30. -L-1 Identity Solutions Inc. Common Stock | | None | J | T | | | | | |
| 31. -Nabors Industries LTD-USD New Common Stock | | None | | | Sold | 05/15/09 | J | | |
| 32. - Citicorp Trust Bank FSB Bank Deposit Program (Y) | | | | | | | | | See Note in Part VIII |
| 33. - Transocean Ltd Switzerland Common Stock | | None | J | T | | | | | |
| 34. - Seaspan Corp Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 06/9/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Align Technology Inc Common Stock | | None | J | T | | | | | |
| 36.  - Annaly Capital Management Inc Common Stock | A | Dividend | | | Sold | 10/05/09 | J | | |
| 37.  - Darling Intl Inc Common Stock | | None | J | T | | | | | |
| 38.  - Energy Transfer Partners LP Common Stock | B | Distribution | K | T | | | | | |
| 39.  - Genesis Lease Ltd ADR Common Stock | A | Dividend | J | T | | | | | |
| 40.  - Home Depot Inc Common Stock | A | Dividend | K | T | Buy (add'l) | 01/22/09 | J | | |
| 41. | | | | | Buy (add'l) | 06/04/09 | J | | |
| 42. | | | | | Buy (add'l) | 11/05/09 | J | | |
| 43.  - Layne Christensen Co Common Stock | | None | J | T | | | | | |
| 44.  - Lowes Companies Inc Common Stock | A | Dividend | J | T | | | | | |
| 45.  - McDonalds Corp Common Stock | A | Dividend | J | T | | | | | |
| 46.  - Wells Fargo & Co Common Stock | A | Dividend | J | T | Sold (part) | 01/02/09 | J | | See Note in Part VIII |
| 47.  - BP PLC Spons ADR Common Stock | A | Dividend | J | T | | | | | |
| 48.  - Bristol Myers Squibb Co. Common Stock | A | Dividend | J | T | Buy (add'l) | 10/13/09 | J | | |
| 49.  - Colgate Palmolive Co Common Stock | A | Dividend | | | Sold | 11/02/09 | J | A | |
| 50.  - Conagra Foods Inc. Common Stock | A | Dividend | J | T | | | | | |
| 51.  - Deere & Co. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 06/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - El Paso Corp. Common Stock | A | Dividend | J | T | | | | | |
| 53. - General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 54. - H J Heinz Co. Common Stock | A | Dividend | K | T | | | | | |
| 55. - Hewlett Packard Co. Common Stock | A | Dividend | J | T | | | | | |
| 56. - Kellogg Co. Common Stock | A | Dividend | J | T | | | | | |
| 57. - Kraft Foods Inc. Class A Common Stock | A | Dividend | J | T | | | | | |
| 58. - Marathon Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 59. - National Oilwell Varco Inc. Common Stock | A | Dividend | J | T | | | | | |
| 60. - Nustar Energy LP Common Stock | B | Distribution | K | T | | | | | |
| 61. - Otter Tail Corp. Common Stock | A | Dividend | J | T | | | | | |
| 62. - Parker-Hannifin Corp. Common Stock | A | Dividend | J | T | | | | | |
| 63. - Philip Morris Intl Inc. Common Stock | A | Dividend | K | T | | | | | |
| 64. - Quanta Services Inc. Common Stock | | None | J | T | | | | | |
| 65. - Raytheon Company Common Stock | A | Dividend | J | T | | | | | |
| 66. - Hudson County NJ Impt Auth Municipal Bond | C | Interest | L | T | | | | | |
| 67. - Cenovus Energy Inc. Common Stock | A | Dividend | J | T | Spinoff (from line 6) | 12/09/09 | J | | See Note in Part VIII |
| 68. - General Cable Corp Comon Stock | | None | J | T | Buy | 08/06/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 06/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Louisiana Pacific Corp Common Stock (X) | | None | J | T | | | | | See Note in Part VIII |
| 70. - Unilever NY NY Shs Common Stock | A | Dividend | J | T | Buy | 01/22/09 | J | | |
| 71. | | | | | Buy (add'l) | 02/04/09 | J | | |
| 72. - Florida Citizens Ppty Ins Corp Sr Sec Municipal Bond | A | Interest | K | T | Buy | 05/01/09 | K | | |
| 73. - NJ Edu Facs Auth Rev Rfndg Bonds - Uni of Med/Den of NJ | B | Interest | L | T | Buy | 04/02/09 | K | | |
| 74. - New Jersey ST Edl Facs Auth Rev Refdg - Kean Univ Bond | A | Interest | K | T | Buy | 06/19/09 | K | | |
| 75. - California St Var Purp Genl Oblig Municipal Bond | B | Interest | K | T | Buy | 03/25/09 | K | | |
| 76. | | | | | | | | | |
| 77. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 78. - Fidelity Investments Money Market Account | A | Dividend | J | T | | | | | |
| 79. - Western Assset Municipal Money Market | B | Interest | N | T | | | | | |
| 80. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 81. - Citibank NA Bank Deposit | A | Interest | J | T | | | | | |
| 82. IRA/401K ACCOUNTS | | | | | | | | | |
| 83. - IRA Franklin Templeton Mutual Shares Fund Class A | C | Dividend | L | T | | | | | |
| 84. - IRA smith Barney Money Funds Inc. Class A | A | Interest | J | T | | | | | |
| 85. - IRA Smith Barney Money Funds Class A | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 06/9/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Guardian Whole Life | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 06/9/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII-Line 26 - Value of shareholder's holdings in AIG no longer reportable

Part VII-Line 27 - Citibank NA South Dakota Bank Deposit Program is a sweep money market bank account

Part VII-Line 29 - Due to a merger on 02/09/09, shareholder's shares of Forster Wheeler Ltd Bermuda were exchange for an equal number of shares of Foster Wheeler AG

Part VII-Line 32 - Citicorp Trust Bank FSB Bank Depsoit Program is a sweep money market bank account which had zero value at the end of the reporting period

Part VII-Line 46 - Due to a merger on 01/02/09, shareholder's shares of Wachovia Corp 2nd were exchanged for shares in Wells Fargo & Co; sale in Column D represents cash in lieu of fractional shares resulting from merger

Part VII-Line 67 - Due to a spinoff on 12/14/09, shareholder was credited an equal number of shares in Cenovus Energy Inc. based on shareholder's holdings of Encana Corp-CAD

Part VII-Line 69 - Value of shareholder holdings in Louisiana Pacific Corp. at 12/31/2008 was under $1,000 with no income and, therefore, not reportable in 2008. Value of shareholder holdings at end of 2009 are now reportable. Note, however, that shareholder purchased shares on 02/06/08 with a value code of J. This purchase was not listed because at 12/31/08, the shareholder's holdings in Louisiana Pacific Corp. were not reportable as indicated above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544